No. 95–5130. STACK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–5131. WILLIAMS v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–5132. WISHON v. CITY OF JACKSONVILLE, FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 95–5133. DAVIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–5135. HARE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–5136. SEAGRAVE v. LAKE COUNTY, CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 95–5137. SHULTZ v. MCGINNIS ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–5138. PARNELL v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–5140. KRAUSE v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 95–5141. MCCRAY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5142. NOVAK v. NOVAK. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 95–5144. MOORE ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5145. MYERS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–5146. MARTINEZ ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–5147. MCBREARTY v. WORKERS' COMPENSATION APPEALS BOARD ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.